# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DEBBIE R. BARBER**                                                            **PLAINTIFF**

vs.                        **CIVIL NO.: 4:14-cv-00323**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                            **DEFENDANT**

## **JUDGMENT**

Plaintiff Debbie R. Barber's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 19th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE